# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK M. McMILLIAN, | Case No.: 1:19-cv-00444-LJO-SAB (PC) |
| Plaintiff, | |
| v. | ADDENDUM TO FINDINGS AND RECOMMENDATIONS |
| O. DELGADO, et.al., | [ECF No. 8] |
| Defendants. | |

Plaintiff Patrick M. McMillain is appearing pro se in this civil rights action pursuant to 42 U.S.C. § 1983.

On May 6, 2019, the undersigned issued Findings and Recommendations recommending that this action proceed on Plaintiff's excessive force claim against Defendants Delgado, Romero, Brown, Jones, Negrete, Dunnahoe and Riley, and Plaintiff's failure to protect claim be dismissed for failure to state a cognizable claim for relief. (ECF No. 8.) However, in the May 6, 2019, Findings and Recommendations, it was mistakenly noted that the action could also proceed on an ADA claim against Defendant Pfeiffer. Because there is no ADA claim or a Defendant Pfeiffer in this action, it is

///

///

///

1

HEREBY ORDERED that this language is stricken from the May 6, 2019, Findings and Recommendations. (ECF No. 8, at 2:2.)

IT IS SO ORDERED.

Dated: __**May 6, 2019**__

UNITED STATES MAGISTRATE JUDGE