FILED
SEP 05 2019
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____EN_____
DEPUTY CLERK

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK M. McMILLAN,<br><br>    Plaintiff,<br><br>v.<br><br>O. DELGADO, et.al.,<br><br>    Defendants. | Case No.: 1:19-cv-00444-LJO-SAB (PC)<br><br>ORDER DISCHARGING WRIT OF HABEAS CORPUS AD TESTIFICANDUM AS TO PATRICK M. McMILLAN, CDCR #P-16483 |

A settlement conference in this matter commenced on September 5, 2019. Inmate Patrick M. McMillan, CDCR #P-16483 is no longer needed by the Court as a participant in these proceedings, and the writ of habeas corpus ad testificandum as to this inmate is HEREBY DISCHARGED.

IT IS SO ORDERED.

DATE: 9/5/19

_____
UNITED STATES MAGISTRATE JUDGE

1