UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK M. McMILLIAN,<br><br>  Plaintiff,<br><br>  v.<br><br>O. DELGADO, et.al.,<br><br>  Defendants. | Case No.: 1:19-cv-00444-NONE-SAB (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>(Doc. Nos. 23, 28, 29) |

Plaintiff Patrick M. McMillain is appearing *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On January 16, 2020, the magistrate judge issued findings and recommendations recommending that plaintiff's motion for leave to amend the complaint be granted. (Doc. No. 29.) The findings and recommendations were served on the parties and contained notice that objections were to be filed within fourteen days. No objections were filed and the time to do so has now expired.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(B) and Local Rule 304, this court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and proper analysis.

///

1

Accordingly,

1. The January 16, 2020 findings and recommendations (Doc. No. 29) are adopted in full;
2. Plaintiff's motion to amend the complaint (Doc. No. 28) is granted;
3. The Clerk of Court is directed to file the amended complaint lodged on November 15, 2019;
4. Plaintiff's motion to amend the complaint filed on November 15, 2019 (Doc. No. 23) is denied as rendered moot; and
5. Defendants are granted **twenty (20)** days from the date of service of this order to file an amended answer.

IT IS SO ORDERED.

Dated: **February 11, 2020**

_____
UNITED STATES DISTRICT JUDGE