## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| PATRICK M. McMILLIAN, | ) Case No.: 1:19-cv-00444-NONE-SAB (PC) |
|---|---|
| Plaintiff, | ) |
| v. | ) ORDER GRANTING DEFENDANTS' MOTION TO MODIFY THE DISCOVERY AND SCHEDULING ORDER |
| O. DELGADO, et.al., | ) |
| Defendants. | ) [ECF No. 35] |

Plaintiff Patrick M. McMillain is appearing pro se in this civil rights action pursuant to 42 U.S.C. § 1983.  Currently before the Court is Defendants' motion to modify the discovery and scheduling order, filed April 24, 2020.

Good cause having been presented, it is HEREBY ORDERED that:

1. Plaintiff shall serve his responses to Defendants' discovery request, served on March 11, 2002, within forty-five (45) days;
2. Defendants may conduct Plaintiff's deposition and bring any motion to compel within ninety (90) day;  and
3. Dispositive motions shall be filed within 180 days.

IT IS SO ORDERED.

Dated:   **April 24, 2020**

UNITED STATES MAGISTRATE JUDGE

1