# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK M. McMILLIAN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>O. DELGADO, et.al.,<br><br>　　　　Defendants. | Case No.: 1:19-cv-00444-NONE-SAB (PC)<br><br>ORDER GRANTING DEFENDANTS' SECOND MOTION TO MODIFY THE DISCOVERY AND SCHEDULING ORDER<br><br>[ECF No. 37] |

　　　　Plaintiff Patrick M. McMillain is appearing pro se in this civil rights action pursuant to 42 U.S.C. § 1983.

　　　　Currently before the Court is Defendants' second motion to modify the discovery and scheduling order, filed July 9, 2020.

　　　　Good cause having been presented, it is HEREBY ORDERED that:

　　　　1.　　Defendants may conduct Plaintiff's deposition and bring any motion to compel within ninety (90) days from the date of service of this order; and

　　　　2.　　Dispositive motions shall be filed within 180 days from the date of service of this order.

IT IS SO ORDERED.

Dated:　**July 10, 2020**

　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1