# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK M. McMILLIAN,<br><br>      Plaintiff,<br><br>   v.<br><br>O. DELGADO, et.al.,<br><br>      Defendants. | Case No.: 1:19-cv-00444-NONE-SAB (PC)<br><br>ORDER GRANTING DEFENDANTS' THIRD MOTION TO MODIFY THE DISCOVERY AND SCHEDULING ORDER<br><br>(ECF No. 39) |

Plaintiff Patrick M. McMillain is appearing pro se in this civil rights action pursuant to 42 U.S.C. § 1983.

Currently before the Court is Defendants' third motion to modify the discovery and scheduling order, filed October 6, 2020.  Good cause having been presented, it is HEREBY ORDERED that:

1. Defendants may conduct Plaintiff's deposition and bring any motion to compel within ninety (90) days from the date of service of this order;

2. Dispositive motions shall be filed within 150 days from the date of service of this order; and

3. All other substantive provisions of the Court's September 11, 2019 discovery and scheduling order remain in force.

IT IS SO ORDERED.

Dated:   **October 7, 2020**

UNITED STATES MAGISTRATE JUDGE

1